NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DESHAWN DILLION SCOTT,          )
                                )
          Appellant,            )
                                )
v.                              )          Case No. 2D17-2062
                                )
STATE OF FLORIDA,               )
                                )
          Appellee.             )
_____ )

Opinion filed September 5, 2018.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Ryan Thomas Truskoski of Ryan Thomas
Truskoski, P.A., Orlando, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Bilal Ahmed Faruqui,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.